### 30306. COLLINS v. THE STATE.

MacINTYRE, J. The defendant was convicted of an assault with intent to murder. The evidence for the State showed that the defendant made an unlawful assault upon one Devon Hendricks, and cut him with a knife or some other sharp instrument. Hendricks, while on the stand, exhibited the wound to the jury. Harold Tippins, an eyewitness to the assault, testified, in part, as follows: "I saw the sign that the defendant put on Mr. Hendricks. That wound was inflicted on Hendricks by Collins [the defendant] with a knife or some other sharp instrument. It was done with an instrument that you could kill a man with; you could take his life with that instrument, by cutting him with it." There was other testimony to the effect that Hendricks was carried to the hospital after he was cut, and the doctor "sewed him up." We think that the evidence as a whole authorized the jury to find the defendant guilty of an assault with intent to murder, as charged. *Jackson* v. *State,* 56 *Ga. App.* 374 (192 S. E. 633); *Reece* v. *State,* 60 *Ga. App.* 195 (3 S. E. 2d, 229); *Paschal* v. *State,* 125 *Ga.* 279 (54 S. E. 172).

*Judgment affirmed. Gardner, J., concurs.*

BROYLES, C. J., dissenting. The evidence in the record discloses that the defendant cut the prosecutor with a knife, but it fails to show the size of the weapon or what part of the person of the prosecutor was cut, or whether the wound was serious or trivial. Moreover, under all of the facts of the case, I think that the prosecution failed to affirmatively show

that the cutting was done *with the specific intent to kill* the person cut, and that a new trial should be had. A verdict for stabbing would have been authorized.

DECIDED JANUARY 29, 1944.

*H. H. Elders,* for plaintiff in error.
*R. L. Dawson, solicitor-general,* contra.